BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. BREWER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LINDA S. McMAHON[1], Acting Commissioner of Social Security of the United States of America,<br><br>　　　　Defendant. | Case No: CIV. S-06-1896 EFB<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of February 5, 2007 to February 7, 2007. This is plaintiff's first extension and is required due to plaintiff's attorney's heavy briefing schedule.

////

////

---

[1] On January 20, 2007, Linda S. McMahon was appointed Acting Commissioner. Pursuant to Fed. R. Civ. P. 25, she is substituted in the place of Jo Anne Barnhardt.

1

| | |
|---|---|
| Dated:  February 5, 2007 | */s/Bess M. Brewer* |
| | BESS M. BREWER |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |
| | |
| Dated: February 5, 2007 | McGregor W. Scott |
| | United States Attorney |
| | |
| | By:*/s/ Mary Parnow* |
| | MARY PARNOW |
| | Special Assistant United States Attorney |
| | Social Security Administration |
| | |
| | Attorneys for Defendant |

### ORDER

SO ORDERED.

DATED:  February 5, 2007.

_____
EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

2