IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER L. BREWER,

    Plaintiff,                      No. CIV S-06-1896 EFB

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.                  <u>ORDER</u>

      On October 19, 2010, the United States Court of Appeals for the Ninth Circuit reversed and remanded this case for further consideration and development of the record. On December 15, 2010, the formal mandate of the Ninth Circuit issued.

      In light of the Ninth Circuit's reversal and remand, it is hereby ORDERED that this action be remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Ninth Circuit's opinion.

DATED: February 3, 2011.

*[signature: Edmund F. Brennan]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE