```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   CYNTHIA B. DE NARDI, CSBN 256770
4  Special Assistant United States Attorney
         333 Market Street, Suite 1500
5        San Francisco, California 94105
         Telephone: (415) 977-8961
6        Facsimile: (415) 744-0134
         Email: cynthia.denardi@ssa.gov
7
   Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. BREWER,            ) | CIVIL NO. EDCA 06-1896-EFB |
|                              ) | |
|        Plaintiff,            ) | **STIPULATION FOR EXTENDING** |
|                              ) | **TIME TO RESPOND TO** |
|    vs.                       ) | **PLAINTIFF'S MOTION FOR** |
|                              ) | **ATTORNEY FEES UNDER EAJA** |
| MICHAEL J. ASTRUE,           ) | **AND ORDER** |
| Commissioner of Social Security, ) | |
|                              ) | |
|        Defendant.            ) | |
|                              ) | |
| _____) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act (EAJA).

The parties are in settlement discussions, and the undersigned requires additional time in order to meet the requirements of the internal settlement protocols. The current date is March 18, 2011. The new due date will be April 18, 2011.

//

//

1                                  Respectfully submitted,

3    Date:  March 7, 2011            /s/ Bess M. Brewer*
                                           BESS M. BREWER
4                                        (* by email authorization 3/7/11)
5                                        Bess M. Brewer and Associates
                                       Attorney for Plaintiff

7                                        BENJAMIN B. WAGNER
8                                        United States Attorney
                                       LUCILLE GONZALES MEIS
9                                        Regional Chief Counsel, Region IX

10                                      /s/ Cynthia B. De Nardi
11                                      CYNTHIA B. DE NARDI

12                                      Attorneys for Defendant

13                                              <u>ORDER</u>

15       APPROVED AND SO ORDERED:

16    DATED:  March 8, 2011.

17                                      [signature]
                                     EDMUND F. BRENNAN
18                                      UNITED STATES MAGISTRATE JUDGE