1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   CYNTHIA B. DE NARDI, CSBN 256770
4  Special Assistant United States Attorney
       333 Market Street, Suite 1500
5      San Francisco, California 94105
       Telephone: (415) 977-8961
6      Facsimile: (415) 744-0134
       Email: cynthia.denardi@ssa.gov
7
   Attorneys for Defendant
8
   **UNITED STATES DISTRICT COURT**
9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 WALTER L. BREWER,             ) CIVIL NO. 06-1896-EFB
                                 )
12        Plaintiff,             ) **SECOND STIPULATION FOR**
                                 ) **EXTENDING TIME TO RESPOND**
13     vs.                       ) **TO PLAINTIFF'S MOTION FOR**
                                 ) **ATTORNEY FEES UNDER EAJA**
14 MICHAEL J. ASTRUE,            ) **AND ORDER**
   Commissioner of Social Security, )
15                               )
          Defendant.             )
16                               )
   _____)
17

18    The parties hereby stipulate by counsel, with the Court's approval as
19 indicated by issuance of the attached Order, that Defendant shall have a second
20 extension of time of 30 days to respond to Plaintiff's Motion for Attorney Fees
21 under the Equal Access to Justice Act (EAJA).
      The parties are in settlement discussions. The near shutdown of the federal
22 government last week resulted in delays in the internal settlement process.
23 Defendant's counsel requires additional time in which to receive a response from
24 the Office of General Counsel of the Social Security Administration. The current
25 date for responding to Plaintiff's motion is April 18, 2011. The new date will be
26 May 18, 2011.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | Date: April 15, 2011 | /s/ Bess M. Brewer* |
| 4 | | BESS M. BREWER<br>(* by email authorization 4/15/11) |
| 5 | | Bess M. Brewer and Associates<br>Attorney for Plaintiff |

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

/s/ Cynthia B. De Nardi
CYNTHIA B. DE NARDI

Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: April 18, 2011

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE